IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DONALD RAY LONG,** § § § Plaintiff, § § v. § Civil No. **3:23-CV-0426-L-BK** § **THE DALLAS HOUSING AUTHORITY,** § § § Defendant. § | |

# JUDGMENT

The court issues this judgment pursuant to its Order issued earlier today. It is therefore **ordered, adjudged,** and **decreed** that Plaintiff's Complaint is **dismissed without prejudice** for failure to follow a court order and for lack of prosecution. The clerk of court shall transmit a copy of this judgment and a copy of the order dated May 10, 2023, accepting the Findings, Conclusions, and Recommendations of the United States Magistrate Judge, to Plaintiff.

**Signed** this 10th day of May, 2023.

Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**